**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JOSEPH GAMBETTA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **No. 12-4614** |
| **MCDONALD'S CORPORATION, ET AL.,** | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **JOSEPH GAMBETTA,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **No. 13-843** |
| **ARC INTERNATIONAL NORTH AMERICA, ET AL.,** | : | FILED |
| | : | MAY 09 2013 |
| **Defendants.** | : | MICHAEL E. KUNZ, Clerk By ______ Dep. Clerk |

**ORDER**

**AND NOW**, this 9th day of May, 2013, it is hereby **ORDERED** that this Court's Order of May 3, 2013 (Doc. No. 29) is **VACATED**.

**IT IS FURTHER ORDERED** that:

— "Plaintiff's Uncontested Motion to Consolidate" (Doc. No. 28) is **GRANTED**.

— The above-captioned matters are consolidated for the purposes of discovery and arbitration/trial, with the lead case being the matter docketed as Civil Action No. 12-4614.

— The Clerk of Court is directed to place all papers from Dkt. No. 13-843 into Dkt. No. 12-4614.

— The Clerk of Court shall amend the caption of Dkt. No. 12-4614 to include Defendants ARC International North America and The Marketing Store Worldwide LLC d/b/a/ The Marketing Store.

— Gambetta v. ARC International North America, et al., Dkt. No. 13-843 shall be marked as **CLOSED** for statistical purposes.

**BY THE COURT:**

**MITCHELL S. GOLDBERG, J.**